# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN L. MECOM, III, *in his capacity as Trustee of Kathleen B. Mullendore Trust*, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 21-CV-00258-GKF-CDL |
| HUNTER MORRIS, | )<br>)<br>) |
| Defendant, | ) |

## JUDGMENT

Pursuant to this court's Orders dated May 2, 2022 [Doc. 54] and June 17, 2022 [Doc. 60], the court hereby enters Judgment in favor of defendant Hunter Morris. The Clerk of Court is directed to disburse $498,335.86, plus interest, to Hunter Morris at 501 North Walker Avenue, Suite 100, Oklahoma City, Oklahoma 73102.

ENTERED in Tulsa, Oklahoma, this 17th day of June, 2022.

*[signature]*
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE